**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DEBRA HAMAN,** | ) | **CASE NO. 8:08CV416** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time (Filing No. 10).  The Plaintiff requests a thirty day extension of time to file her initial brief, currently due on January 30, 2009.  The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and does not oppose the motion.  The Court finds the motion should be granted.

IT IS ORDERED:

1.      The Plaintiff's Motion for an Extension of Time (Filing No. 10) is granted;

2.      The Plaintiff shall file her brief in support of her appeal on or before March 2, 2009; and

3.      The Defendant shall file his responsive brief on or before April 1, 2009.

DATED this 28th day of January, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge