# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA HAMAN,** | ) | **CASE NO. 8:08CV416** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 14). The Defendant requests an additional 30 days, from April 1, 2009, until May 1, 2009, to file his brief. The Court notes that the Plaintiff was granted a 30-day extension in this matter before filing her initial brief on February 27, 2009. The Court finds that the Defendant's motion for additional time should also be granted.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time (Filing No. 14) is granted;

2. The Defendant shall file his responsive brief on or before May 1, 2009; and

3. This case will be ripe for decision on May 4, 2009.

DATED this 31st day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge